■ NEW YORK METRO CORPORATION, Respondent, v CHASE MANHATTAN BANK, N. A., Appellant. (And a Third-Party Action.)—Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about July 22, 1988, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The motion by plaintiff-respondent to dismiss the appeal and for other relief is denied in its entirety. No opinion. Concur—Ross, J. P., Asch, Kassal and Wallach, JJ.

■ FRANZ LEICHTER et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Respondent.—Order and judgment (one paper), Supreme Court, New York County (Myriam Altman, J.), entered on August 2, 1988, unanimously affirmed for the reasons stated by Myriam Altman, J., without costs and without disbursements. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH YASIN, Appellant.—Judgment, Supreme Court, Bronx County (Alvin Schlesinger, J.), rendered on September 18, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.

■ DOUGLAS ELLIMAN-GIBBONS & IVES, INC., Respondent, v MICHAEL KELLERMAN, Appellant.—Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on November 25, 1987, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The motion by plaintiff-respondent to strike documents from the record and for other relief denied in its entirety. No opinion. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.